# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Terry Nelson, et al.,

        Plaintiffs,         Civil No. 09-1429 (RHK/SRN)

vs.         **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Spectrum Custom Designs, Inc.,
et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 2, 2009

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge